IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLES BERNARD HEARD, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. _____ |
| v. | ) | |
| | ) | |
| ALFONSO MOROYOQUIBALMACEDA; CARGO SOLUTIONS EXPRESS, INC.; and UNITED SPECIALTY INSURANCE COMPANY, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

COME NOW defendants Alfonso Moroyoqui-Balmaceda, Cargo Solution Express, Inc., and United Specialty Insurance Company and, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this notice of removal within the time prescribed by law, showing the Court as follows:

1.

On March 25, 2022, plaintiff filed a complaint in the State Court of Henry County, Georgia Civil Action No. STSV2022000536, which county is within the Atlanta Division of the Northern District of Georgia.

2.

A true and correct copy of all process, pleadings, and orders filed in connection with this action is attached hereto as Exhibit A. Defendants have no knowledge of any other process, pleadings, or orders served in connection with this action, other than those attached hereto.

3.

This Court has original jurisdiction over the above-referenced case under 28 U.S.C. § 1332 because there is complete diversity of citizenship among the parties, and the amount in controversy exceeds $75,000.

4.

Plaintiff is a citizen of the State of Georgia. (Compl., ¶ 1.)

5.

Mr. Moroyoqui-Balmaceda is a citizen of the State of California. (Compl., ¶ 2.)

6.

Cargo Solution Express, Inc. is incorporated in the State of California with its principal place of business in California. (Compl., ¶ 3.)

7.

United Specialty Insurance Company is incorporated in the State of Texas with its principal place of business in Texas. (Compl., ¶ 4.)

8.

The amount in controversy exceeds $75,000. (Compl, ¶ 10).

9.

This Notice of Removal is filed within the time period prescribed by 28 U.S.C. § 1446(b).

10.

All defendants join in this removal.

11.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact; is warranted by existing law; and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, this Notice of Removal having been filed, said action shall proceed in the United States District Court for the Northern District of Georgia,

Atlanta Division, and no further proceedings shall be held in said case in the State Court of Henry County.

                                                      STONE KALFUS LLP

                                                     */s/ Catherine M. Banich*
                                                     Matthew P. Stone
                                                     Georgia Bar No. 684513
                                                     Shawn N. Kalfus
                                                     Georgia Bar No. 406227
                                                     Catherine M. Banich
                                                     Georgia Bar No. 260514
                                                     Attorneys for Defendants

One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing *Notice of Removal* to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

>Jason N. Slate, Esq.
>Ali Awad Law, PC
>200 Peachtree Street NW,
>Suite 201
>Atlanta, GA 30303

This 22nd day of April 2022.

>*/s/ Catherine M. Banich*
>Catherine M. Banich
>Georgia Bar No. 260514

STONE KALFUS LLP
One Midtown Plaza
1360 Peachtree Street NE
Suite 1250
Atlanta, GA 30309
(404) 736-2600 (telephone)
(877) 736-2601 (facsimile)