IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES BERNARD HEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action |
| | ) File No.: 1:22-cv-01599-AT |
| ALFONSO MOROYOQUIBALMACEDA, | ) |
| CARGO SOLUTIONS EXPRESS, INC., | ) |
| AND UNITED SPECIALTY INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S AMENDMENT TO CORRECT MISNOMERS**

COMES NOW the plaintiff, Charles Bernard Heard, and pursuant to Fed. R. Civ. P. 15.2 hereby amends by incorporation the case style and existing pleadings of this action to correct the following misnomers:

(1) Defendant's full and correct legal name is Alfonso Moroyoqui-Balmaceda, not Alfonso Moroyoquibalmaceda as was mistakenly listed in the case style and previous pleadings.

(2) Defendant's full and correct legal entity name is Cargo Solution Express, Inc., not Cargo Solutions Express, Inc. as was mistakenly listed in the case style and previous pleadings.

Plaintiff herby amends the case style of this action for

-1-

all prior and future filings and any prior reference to Defendants by name in any previously filed pleadings of this Court to be so amended and read to reflect the true and correct names of Alfonso Moroyoqui-Balmaceda and Cargo Solution Express, Inc.

This 26th day of May 2022.

**ALI AWAD LAW, P.C.**

/s/Jason N. Slate
JASON N. SLATE
Georgia Bar No. 846650
*Attorney for Plaintiff*
200 Peachtree Street, N.W.
Suite 201
Atlanta, Georgia 30303
(833)254-2923, x. 710
jason@aliawadlaw.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) formatted with a 1.5" top margin and using 12 point Courier New font as permitted under the rule.

This 26th day of May 2022.

**ALI AWAD LAW, P.C.**

/s/Jason N. Slate
JASON N. SLATE
Georgia Bar No. 846650
*Attorney for Plaintiff*
200 Peachtree Street, N.W.
Suite 201
Atlanta, Georgia 30303
(833)254-2923, x. 710
jason@aliawadlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **PLAINTIFF'S AMENDMENT TO CORRECT MISNOMERS** upon all parties to this action by filing a true and correct copy with the Clerk of Court utilizing the Court's CM/ECF electronic filing service which will send automatic notice of filing to the following recipients:

> Catherine M. Banich, Esq.
> STONE KALFUS LLP
> 1360 Peachtree Street, NE
> Suite 1250
> Atlanta, GA 30309

This 26th day of May 2022.

**ALI AWAD LAW, P.C.**

/s/Jason N. Slate
JASON N. SLATE
Georgia Bar No. 846650
*Attorney for Plaintiff*
200 Peachtree Street, N.W.
Suite 201
Atlanta, Georgia 30303
(833)254-2923, x. 710
jason@aliawadlaw.com