IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES BERNARD HEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action |
| | ) File No.: 1:22-cv-01599-AT |
| ALFONSO MOROYOQUIBALMACEDA, | ) |
| CARGO SOLUTIONS EXPRESS, INC., | ) |
| AND UNITED SPECIALTY INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION FOR AMENDMENT TO CORRECT MISNOMERS

Plaintiff having filed and amendment to the Court to correct misnomers, having been read and considered, and it appearing to the Court, in the Court's discretion, that such amendment is authorized by law and should be made,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff's amendment to correct misnomers, is hereby GRANTED, and every mention in any pleading of the Defendants as Alfonso Moroyoquibalmaceda or Cargo Solutions Express, Inc. are hereby so amened as to be read as the correct names Alfonso Moroyoqui-Balmaceda and Cargo Solution Express, Inc.

SO ORDERED this 26th day of May, 2022.

_[signature]_
_____
Honorable Amy Totenberg
Judge, United States District Court for the
Northern District of Georgia

Presented by:

**ALI AWAD LAW, P.C.**

/s/Jason N. Slate
_____
JASON N. SLATE
Georgia Bar No. 846650
*Attorney for Plaintiff*
200 Peachtree Street, N.W.
Suite 201
Atlanta, Georgia 30303
(833)254-2923, x. 710
jason@aliawadlaw.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) formatted with a 1.5" top margin and using 12 point Courier New font as permitted under the rule.

This 26th day of May 2022.

**ALI AWAD LAW, P.C.**

/s/Jason N. Slate
JASON N. SLATE
Georgia Bar No. 846650
*Attorney for Plaintiff*
200 Peachtree Street, N.W.
Suite 201
Atlanta, Georgia 30303
(833)254-2923, x. 710
jason@aliawadlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR AMENDMENT TO CORRECT MISNOMERS** upon all parties to this action by filing a true and correct copy with the Clerk of Court utilizing the Court's CM/ECF electronic filing service which will send automatic notice of filing to the following recipients:

Catherine M. Banich, Esq.
STONE KALFUS LLP
1360 Peachtree Street, NE
Suite 1250
Atlanta, GA 30309

This 26th day of May 2022.

**ALI AWAD LAW, P.C.**

/s/Jason N. Slate
JASON N. SLATE
Georgia Bar No. 846650
*Attorney for Plaintiff*
200 Peachtree Street, N.W.
Suite 201
Atlanta, Georgia 30303
(833)254-2923, x. 710
jason@aliawadlaw.com